# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2835
L.T. Case No. 2023-CC-002349

_____

HELEN GILCHRIST,

    Appellant,

    v.

SP GA APARTMENTS, LLC d/b/a
GEORGIA ARMS APARTMENTS,

    Appellee.

_____

On appeal from the County Court for Seminole County.
Wayne Eric Culver, Judge.

Helen Gilchrist, Sanford, pro se.

No Appearance for Appellee.

February 18, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____